IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ADAM WELCH; and ASHLEY MICOLE LYNCH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WING ENTERPRISES LLC,<br><br>　　　　Defendant. | 3:24-cv-00077-SHL-HCA<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that a settlement agreement has been reached as of March 3, 2025. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by April 3, 2025. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated March 4, 2025.

_____
Helen C. Adams
U.S. Magistrate Judge